In the Matter of WILLIAM F. DURLAND, as Commissioner of Public Welfare of Orange County.

TOWN OF HIGHLANDS, Appellant; DAVID C. ADIE, as State Commissioner of Public Welfare, et al., Respondents.

Argued June 19, 1941; decided July 29, 1941.

*Ivan E. Maginn* and *Frederick C. Scheel* for appellant.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Nathaniel Fensterstock* of counsel), for David C. Adie, as State Commissioner of Public Welfare, respondent.

*Robert L. Rice, Jr.,* for Milton E. Switzer, as Commissioner of Public Welfare of the County of Niagara, et al., respondents.

*Clarence W. Greenwald, Corporation Counsel (Jack W. Hackett* of counsel), for City of Niagara Falls, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.